IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAIKEEN DIXON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 25-5756 |
| | : | |
| **WARDEN J. L. JAMISON,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 12th day of January 2026, upon consideration of Plaintiff Saikeen Dixon's *Motion to Proceed In Forma Pauperis*, (ECF No. 5), and *pro se* Amended Complaint (ECF No. 4), it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED**, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. No leave to amend is given.

4. The dismissal of Dixon's civil claims is **without prejudice** to his filing a petition for writ of *habeas corpus* to challenge the execution of his sentence.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*